IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROSE MAIRE ARTHUR, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ADAMS COUNTY, NEBRASKA, et al., )<br>)<br>Defendants. ) | 8:06cv560<br><br>MEMORANDUM AND ORDER |

    This matter is before the court pursuant to Fed. R. Civ. P. 4(m) which establishes a time limit for service of process on a defendant in a civil case. The plaintiff received notice of the deadline for service of process on the defendant in an Order to Show Cause why this case should not be dismissed for failure to obtain service of process on any defendant. The plaintiff has not responded to the Order to Show Cause, and the deadline to show cause has now expired.

    Therefore, pursuant to Fed. R. Civ. P. 4(m), the plaintiff's complaint and the above-entitled action are dismissed without prejudice. A separate judgment will be entered accordingly.

    SO ORDERED.

    DATED this 4th day of January, 2007.

                                                            BY THE COURT:

                                                            s/Laurie Smith Camp<br>                                                            United States District Judge